IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENRIQUE ROBERT DE MORAES-ROCHA, | : | |
| *Petitioner,* | : | |
| v. | : | 2:26-cv-133 |
| J.L. JAMISON, *et al.*, | : | |
| *Respondents.* | : | |

### ORDER

AND NOW, this 12th day of January 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1) it is hereby ORDERED that the Government shall, **no later than close of business January 16, 2026**, show cause why the Petition should not be granted.

It is FURTHER ORDERED that the Petitioner shall not be transferred outside of the Eastern District of Pennsylvania while this habeas petition is pending.

BY THE COURT:

GAIL A. WEILHEIMER, J.